No. 661, October Term, 1934. Awotin v. Atlas Exchange National Bank of Chicago. June 18, 1945. Petition to set aside the judgment and for other relief denied.

No. 377. Precision Instrument Manufacturing Co. et al. v. Automotive Maintenance Machinery Co. June 18, 1945. Petition for clarification of the opinion (324 U. S. 806) denied.

No. 470. American Power & Light Co. v. Securities & Exchange Commission; and

No. 815. Securities & Exchange Commission v. Okin. June 18, 1945. Order entered amending opinion. The motion for rehearing in No. 815 is otherwise denied.

Opinion reported as amended, ante, p. 385.

No. 1097. Automatic Paper Machinery Co., Inc. v. Marcalus Manufacturing Co., Inc. et al. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. Mr. George E. Middleton for petitioner. Messrs. Samuel E. Darby, Jr. and Donald J. Overocker for respondents.

No. 948. John Kelley Co. v. Commissioner of Internal Revenue. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Mr. Frank J. Albus for petitioner. Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch and Mrs. Maryhelen Wigle for respondent.